Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:    (323) 488-6748
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Noam Bouzaglou,

       Plaintiff,

      v.

Experian Information Solutions, Inc.,
RELX, Inc. d/b/a RELX Risk Data
Management, Inc.,

      Defendants

Case No.: 2:20-cv-04521 FMO (RAOx)

**ORDER ON STIPULATION [17]
FOR DISMISSAL OF ENTIRE CASE
WITH PREJUDICE**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY

ORDERED that the above-captioned action, including all parties and any and all

claims against Defendants Experian Information Solutions, Inc. and LexisNexis

Risk Data Management Inc. (improperly sued herein as Relx, Inc.) that have or

could have been alleged therein, is dismissed with prejudice.  The parties shall bear

their own attorneys' fees and costs incurred herein.

DATED: August 11, 2020

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge